No. 03–1589. SPITZER, ATTORNEY GENERAL OF NEW YORK *v.* MATEO ET AL. Ct. App. N. Y. Certiorari denied.

No. 03–1591. LARSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–1606. PAUL REVERE LIFE INSURANCE CO. ET AL. *v.* GREENBERG. C. A. 9th Cir. Certiorari denied.

No. 03–7361. LOTTER *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 03–9006. KNIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9036. MARQUEZ-URQUIDI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9118. CHAMPNEY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–9215. WILLS, AKA SHORT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9273. SANSING *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 03–9402. RIDEOUT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9519. STROMAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9920. BELL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–9922. STRINGHAM ET AL. *v.* TITSWORTH ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9941. MARTINEZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.